# Court of Appeals
# of the State of Georgia

ATLANTA, July 21, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2326.  PRENTICE GREEN v. CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER BANK**.

In this action to recover credit card debt, the trial court entered judgment in favor of the plaintiff in the amount of $2,747.56, plus court costs. Defendant Prentice Green filed a notice of appeal in the trial court indicating his wish to appeal directly to this Court. However, appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review in this Court. OCGA § 5-6-35 (a)(6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Consequently, Green's failure to comply with the requisite appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 07/21/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*